James J. Graham, Respondent, v. William J. Powers and others, Trustees, etc , Appellants.—

Order denying motion to vacate judgment reversed, with costs and disbursements, and motion granted with ten dollars costs. Opinion by Dykman, J.